

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric Chatman | Civil Action No. 18cv0414-JLS-KSC |
| Plaintiff, | |
| V. | |
| Cush Honda; Cush Auto Group | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court hereby: (1) Denies Plaintiff's Motion to Proceed IFP as barred by 28 U.S.C. § 1915(g); (2) Dismisses this civil action sua sponte without prejudice for failing to prepay the $400 civil and administrative filing fees required by 28 U.S.C. § 1914(a).

Date: 3/26/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Lozano

M. Lozano, Deputy